IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

UNITED STATES OF AMERICA

v.

No.   05-20277-02-D

MICHAEL WORTHAM

## ORDER SPECIFYING PERIOD OF EXCLUDABLE DELAY UNDER THE SPEEDY TRIAL ACT

The defendant has this day notified the Court that he is unable to obtain private counsel and requested appointment of counsel. The defendant qualified for appointed counsel and the Court appointed counsel from the Criminal Justice Act Panel..

It is therefore ORDERED that the time period of ____9/14/05____ through __9/27/05__ be excluded from the time its imposed by the Speedy Trial Act for trial of this case, in order to have counsel present.

**ARRAIGNMENT IS RESET TO** __September 28, 2005__ **AT 10:00 A.M. BEFORE MAGISTRATE JUDGE** __Vescovo__.

This __14th__ day of __September__, 2005.

_____
UNITED STATES MAGISTRATE JUDGE

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 40 in case 2:05-CR-20277 was distributed by fax, mail, or direct printing on September 15, 2005 to the parties listed.

---

William C. Gosnell
LAW OFFICE OF WILLIAM C. GOSNELL
245 Exchange Ave.
Memphis, TN 38105

Michael G. Floyd
FLOYD LAW FIRM
2129 Winchester Rd.
Memphis, TN 38116

April Rose Goode
FEDERAL PUBLIC DEFENDER
200 Jefferson Ave.
Ste. 200
Memphis, TN 38103

PDA
FEDERAL PUBLIC DEFENDER
200 Jefferson Ave.
Ste. 200
Memphis, TN 38103

Joseph C Murphy
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Bernice Donald
US DISTRICT COURT