IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED IN /mb D.C.

UNITED STATES OF AMERICA,

    Plaintiff,

05 SEP 28 PM 12: 20

v.

Cr. No. 05-20277-02-D

MICHAEL WORTHAM,

    Defendant.

## ORDER ON ARRAIGNMENT

This cause came to be heard on **Sept. 28, 2005**. The Assistant United States Attorney appeared on behalf of the government, and the defendant appeared in person and with the following counsel, who is ~~retained~~/appointed:

NAME: **Michael Floyd (CJA)**
ADDRESS:

TELEPHONE:

The defendant, through counsel, waived formal arraignment and entered a plea of not guilty.

All motions shall be filed within thirty (30) days from the date hereof unless, for good cause shown to a District Judge, such period is extended.

_____ The defendant, who is not in custody, may stand on his/her present bond.

_____ The defendant, (not having made bond) (being a state prisoner) (being a federal prisoner) (being held without bond pursuant to BRA of 1984), is remanded to the custody of the U.S. Marshal.

                                                             _Diane K. Vescovo_
                                                         United States Magistrate Judge

Charges: conspiracy to defaud the United States; public money, property or records

Assistant U.S. Attorney assigned to case: Murphy

The defendant's age is: **28**.

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on **9/29/05**

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 45 in case 2:05-CR-20277 was distributed by fax, mail, or direct printing on September 29, 2005 to the parties listed.

---

William C. Gosnell
LAW OFFICE OF WILLIAM C. GOSNELL
245 Exchange Ave.
Memphis, TN 38105

Michael G. Floyd
FLOYD LAW FIRM
2129 Winchester Rd.
Memphis, TN 38116

Joseph C Murphy
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

April Rose Goode
FEDERAL PUBLIC DEFENDER
200 Jefferson Ave.
Ste. 200
Memphis, TN 38103

PDA
FEDERAL PUBLIC DEFENDER
200 Jefferson Ave.
Ste. 200
Memphis, TN 38103

Honorable Bernice Donald
US DISTRICT COURT