IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY ⏤ D.C.

05 NOV -7 PM 3:55

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF T. MEMPHIS

UNITED STATES OF AMERICA

  Plaintiff

VS.                                                                 CR. NO. 05-20277-D

MICHAEL WORTHAM

  Defendant.

---

ORDER ON CONTINUANCE AND SPECIFYING PERIOD OF EXCLUDABLE DELAY
AND **SETTING**

---

This cause came on for a report date on October 27, 2005. At that time, counsel for the defendant requested a continuance of the November 7, 2005 trial date in order to allow for additional preparation in the case.

The Court granted the request and reset the trial date to January 3, 2006 with a **report date of Thursday, December 15, 2005, at 9:00 a.m.**, in Courtroom 3, 9th Floor of the Federal Building, Memphis, TN.

The period from October 27, 2005 through January 13, 2006 is excludable under 18 U.S.C. § 3161(h)(8)(B)(iv) because the ends of justice served in allowing for additional time to prepare outweigh the need for a speedy trial.

IT IS SO ORDERED this 31 day of October, 2005.

BERNICE B. DONALD
UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on 11/5/05



# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 55 in case 2:05-CR-20277 was distributed by fax, mail, or direct printing on November 15, 2005 to the parties listed.

---

Michael G. Floyd
FLOYD LAW FIRM
2129 Winchester Rd.
Memphis, TN 38116

Joseph C Murphy
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

PDA
FEDERAL PUBLIC DEFENDER
200 Jefferson Ave.
Ste. 200
Memphis, TN 38103

April Rose Goode
FEDERAL PUBLIC DEFENDER
200 Jefferson Ave.
Ste. 200
Memphis, TN 38103

William C. Gosnell
LAW OFFICE OF WILLIAM C. GOSNELL
245 Exchange Ave.
Memphis, TN 38105

Honorable Bernice Donald
US DISTRICT COURT